Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
JULIAN PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JULIAN PONCE, </br></br> Defendant. | Case No.: 09-00866 DLJ </br></br> **STIPULATION AND ORDER** </br> **SETTING SENTENCING HEARING** </br></br> Court: Hon. D. Lowell Jensen </br> Date: July 23, 2010 </br> Time: 10:00 A.M. |

Plaintiff, United States of America by and through its Counsel of Record the United States Attorney for the Northern District of California and Assistant United States Attorney Wade Rhyne and defendant JULIAN PONCE, by and through its respective counsel of record Roger W. Patton and his Probation Officer Jessica Goldsberry hereby stipulate as follows:

That the previously ordered sentence hearing is changed on Friday, July 23, 2010 at 10:00 A.M. to Friday, October 1, 2010 at 10:00 A.M.

IT IS SO STIPULATED.

Dated:  July 14, 2010                              Respectfully submitted,

                                                                      /s/
                                              ROGER W. PATTON
                                              Attorney for Defendant,
                                              JULIAN PONCE

Dated: July 14, 2010                               / s/
                                              WADE M. RHYNE
                                              Assistant U.S. Attorney

## ORDER

For good cause shown, Mr. Ponce shall be added to the Court's calendar for a sentence hearing on Friday, October 1, 2010, at 10:00 A.M.

IT IS SO ORDERED.

DATED:     July 15, 2010                          _____
                                                          HON. D. Lowell Jensen
                                                          United States District Court Judge