Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
rpatton@pwc-law.com
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
JULIAN PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JULIAN PONCE,<br><br>　　　　Defendant. | Case No.:  09-00866 DLJ<br><br>**STIPULATION AND ORDER**<br>**SETTING SENTENCING HEARING**<br><br>Court:  Hon. D. Lowell Jensen<br>Date:    October 1, 2010<br>Time:    10:00 A.M. |

　　　Plaintiff, United States of America by and through its Counsel of Record the United States Attorney for the Northern District of California and Assistant United States Attorney Wade Rhyne and defendant JULIAN PONCE, by and through its respective counsel of record Roger W. Patton and his Probation Officer Jessica Goldsberry hereby stipulate as follows:

　　　Defendant's counsel Mr. Patton is no longer available to appear on October 1, 2010 and therefore requests the matter be continued to October 15, 2010.  The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated: September 27, 2010                    Respectfully submitted,

                                                      /s/
                                         ROGER W. PATTON
                                         Attorney for Defendant,
                                         JULIAN PONCE

Dated: September 28, 2010                    /s/
                                         WADE M. RHYNE
                                         Assistant U.S. Attorney

## ORDER

For good cause shown, Mr. Ponce shall be added to the Court's calendar for a sentence hearing on Friday, October 15, 2010, at 10:00 A.M.

IT IS SO ORDERED.

DATED:   September 30, 2010                    _____
                                                       HON. D. Lowell Jensen
                                                       United States District Court Judge