UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JULIAN PONCE, Defendant. | Case No. CR 09-00866 DLJ<br>PRELIMINARY ORDER OF FORFEITURE |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's plea of guilty on May 7, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. The Apple I-phone, seized from the defendant on August 28, 2009;
2. The Motorola I-830, seized from the defendant on August 28, 2009; and
3. The Motorola I-290 Boost Mobile phone, seized from the defendant on August 28, 2009

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the time of his sentencing on November 16, 2010.

IT IS SO ORDERED this 25th day of January, 2011.

D. LOWELL JENSEN
United States District Judge